UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

      v.                                    5:08-CR-701

MARCEL MALACHOWSKI, a/k/a Memo,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## ORDER

      Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on June 30, 2009, in Utica, New York, it is hereby

      ORDERED that upon consideration of defendant Marcel Malachowski's post-trial motions pursuant to Federal Rules of Criminal Procedure 29 and 33, defendant's motions are DENIED.

      IT IS SO ORDERED.

                                                                       United States District Judge

Dated: June 30, 2009
       Utica, New York.